

**NUMBER 13-13-00097-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**RENE GUTIERREZ,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

**On appeal from the 148th District Court
of Nueces County, Texas.**

---

**ORDER OF ABATEMENT**

**Before Justices Garza, Benavides, and Perkes
Order Per Curiam**

This cause is before the Court on appellant's unopposed motion to abate. Appellant was convicted of aggravated assault in trial court cause number 12-CR-0312-E(S1). The appeal of this conviction ensued in this Court in the foregoing cause number. Thereafter, the trial court granted appellant's motion for new trial. The State filed a notice of appeal on the ruling for motion for new trial which is pending before this Court in

appellate cause number 13-13-00183-CR. Appellant is requesting that the Court abate this appeal while the State takes up its appeal in 13-13-00183-CR.

The Court, having examined and considered the documents on file, GRANTS appellant's unopposed motion to abate. The appeal is ABATED until further order of this Court. The Court orders appellant to file an advisory regarding the status of this appeal every six months and, when applicable, a motion to reinstate the appeal or a motion to dismiss the appeal. It is so ORDERED.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
3rd day of April, 2014.